1
2
3
4              UNITED STATES DISTRICT COURT
5              NORTHERN DISTRICT OF CALIFORNIA
6
7   SORAYA KERMANI,
8              Plaintiff(s),                    No. C 12-5425 PJH
9        v.                              **ORDER SCHEDULING TELEPHONIC
                                          CASE MANAGEMENT CONFERENCE**
10  LIBERTY LIFE ASSURANCE COMPANY
    OF BOSTON,
11
              Defendant(s).
12  _____/

13        One or more of the parties has requested to appear telephonically at the Case

14  Management Conference ("CMC") scheduled for **February 28, 2013 at 2:00 p.m.**  The

15  courtroom is not equipped for telephonic appearances, but the court will conduct a

16  conference in chambers with **all** parties appearing telephonically before the regular CMC

17  calendar.  The conference will occur on **February 28, 2013 at 1:30 p.m.**  The

18  party/attorney requesting a telephonic appearance shall initiate the call to all parties and to

19  the court at (510) 637-1291.

20        IT IS SO ORDERED.

21  Dated:  February 25, 2013

22                                        _____
                                          PHYLLIS J. HAMILTON
23                                        United States District Judge

24
25
26
27
28