Glenn R. Kantor – SBN122643
Email: gkantor@kantorlaw.net
Brent Dorian Brehm – SBN 248983
Email: bbrehm@kantorlaw.net
KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525 (Tel)
(818) 350 6272 (Fax)

Attorneys for Plaintiff,
Soraya Kermani

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SORAYA KERMANI, | ) | Case No.: CV12-5425 PJH |
|---|---|---|
| Plaintiff, | ) ) ) | Assigned to the Hon. Phyllis J. Hamilton |
| v. | ) ) | **STIPULATION RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND [PROPOSED] ORDER** |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | ) ) ) | |
| Defendant. | ) ) ) ) | |

///
///

1
Stipulation re Dismissal of Entire Action with Prejudice and Proposed Order

It is hereby stipulated by and between Plaintiff, Soraya Kermani, and Defendant, Liberty Life Assurance Company of Boston, that the parties have reached a settlement which resolves this matter in its entirety. The parties request that the instant matter be dismissed with prejudice with each party to bear their own fees and costs.

DATED:  May 10, 2013                          KANTOR & KANTOR, LLP

                                       By:    /s/ *Brent Dorian Brehm*
                                              Glenn R. Kantor, Esq.
                                              Brent Dorian Brehm, Esq.
                                              Attorneys for Plaintiff,
                                              Soraya Kermani


DATED:  May 10, 2013                          ROPERS, MAJESKI, KOHN & BENTLEY

                                       By:    /s/ *Pamela E. Cogan*
                                              Pamela E. Cogan, Esq.
                                              Alexis F. Kent, Esq.
                                              Attorneys for Defendant,
                                              Liberty Life Assurance Company of Boston

///

///

**ORDER**

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed with prejudice. Each party shall bear its own fees and costs.

DATED: 5/10/13



_____
The Honorable Phyllis J. Hamilton
United States District Judge