Case 4:12-cv-05425-PJH   Document 23   Filed 05/10/13   Page 1 of 3

Glenn R. Kantor – SBN122643
Email: gkantor@kantorlaw.net
Brent Dorian Brehm – SBN 248983
Email: bbrehm@kantorlaw.net
KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525 (Tel)
(818) 350 6272 (Fax)

Attorneys for Plaintiff,
Soraya Kermani

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORAYA KERMANI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>　　　　　Defendant. | Case No.: CV12-5425 PJH<br>Assigned to the Hon. Phyllis J. Hamilton<br><br>**STIPULATION RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND [~~PROPOSED~~] ORDER** |

///

///

It is hereby stipulated by and between Plaintiff, Soraya Kermani, and Defendant, Liberty Life Assurance Company of Boston, that the parties have reached a settlement which resolves this matter in its entirety. The parties request that the instant matter be dismissed with prejudice with each party to bear their own fees and costs.

DATED:     May 10, 2013                    KANTOR & KANTOR, LLP

                 By:     /s/ *Brent Dorian Brehm*
                    Glenn R. Kantor, Esq.
                    Brent Dorian Brehm, Esq.
                    Attorneys for Plaintiff,
                    Soraya Kermani

DATED:     May 10, 2013                    ROPERS, MAJESKI, KOHN & BENTLEY

                 By:     /s/ *Pamela E. Cogan*
                    Pamela E. Cogan, Esq.
                    Alexis F. Kent, Esq.
                    Attorneys for Defendant,
                    Liberty Life Assurance Company of Boston

///

///

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

**ORDER**

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed with prejudice. Each party shall bear its own fees and costs.

DATED: 5/10/13



_____
The Honorable Phyllis J. Hamilton
United States District Judge